IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 3:23-cr-61 |
| | ) JUDGE CRYTZER |
| GRADY CHANDLER, | ) Magistrate Judge McCook |
| | ) |
| Defendant. | ) |

### SUPPLEMENT TO MOTION TO CONTINUE TRIAL DATE AND ALL RELATED DEADLINES

COMES the Defendant Grady Chandler ("Chandler"), by and through counsel, and hereby files this supplement to his Motion for Continuance filed on June 30, 2023. Undersigned counsel for Chandler has now been advised by the Assistant United States Attorney handling this case that she has no objection to Chandler's Motion.

Respectfully submitted this 3rd day of July 2023.

/s/ Mark E. Brown
Mark E. Brown (BPR#021851)
MENEFEE & BROWN, P.C.
2633 Kingston Pike, Ste. 100
Knoxville, Tennessee 37919
Phone: (865) 357-9800
Fax: (865) 225-6574
e-mail: mbrown@menefeebrown.com

*Attorney for the Defendant Grady Chandler*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of July 2023, a true and exact copy of this document has been served via this Court's electronic filing system. Service is made on all parties appearing on this Court's electronic service certificate. All parties in interest may access this pleading via ECF.

/s/ Mark E. Brown
Mark E. Brown